IN THE UNITED STATES DISTRICT COURT

FOR THE EASTREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUCIUS OLIVER,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>MIKE E. KNOWLES,<br><br>　　　　　　　Respondent. | 1:03-cv-5744-AWI-TAG-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 30) |

　　　　On March 26, 2007, the Court granted Respondent's motion to file an amended answer that raised the defense of statute of limitations. (Doc. 29). On March 20, 2007, Respondent filed the instant application for enlargement of time to file the amended answer based on the time requirements imposed by other cases on which counsel for Respondent is presently working. (Doc. 30).

　　　　GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED THAT Respondent's application for enlargement of time (Doc. 30) is GRANTED. The Amended Answer to Petitioner's Petition for Writ of Habeas Corpus SHALL be filed on or before April 27, 2007.

IT IS SO ORDERED.

Dated:   **March 20, 2007**　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE