IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUCIUS OLIVER,

    Petitioner,                      No. CIV S-03-05744 ALA HC

    vs.

MIKE E. KNOWLES,

    Respondent.                    ORDER

_____/

    Petitioner James Oliver is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Federal Defender is appointed to represent Petitioner.

    2. The Clerk of the Court is directed to serve a copy of the petition, the amended answer and this order on David Porter, Assistant Federal Defender.

    3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

    4. Within sixty-three (63) days of this order, the parties shall file and serve status

1 | reports which address the timing and order of the following matters:

2 |       a. Discovery and investigations;

3 |       b. Anticipated motions;

4 |       c. The need for and timing of an evidentiary hearing;

5 |       d. Enumeration and resolution of unexhausted claims; and

6 |       e. Possible future amendments to the pleadings.

7 | The parties are advised that failure to timely file a status report may result in sanctions.

8 | /////

9 | DATED: December 4, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation