IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUCIUS OLIVER,

    Petitioner,                   1:03-cv-05744 ALA HC

    vs.

MIKE E. KNOWLES,

    Respondent.          <u>ORDER</u>

_____/

    On January 10, 2008, petitioner filed a status report with this court. In that report petitioner indicated that petitioner may file a motion for an evidentiary hearing. Petitioner is advised that any motion requesting an evidentiary hearing must be filed with this court within twenty-eight days of the date of this order.

    Accordingly, IT IS HEREBY ORDERED that any motion requesting an evidentiary hearing must be filed with this court within twenty-eight days of the date of this order.

/////

DATED: February 6, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation