IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUCIUS OLIVER,

    Petitioner,               No. CIV S-03-05744 ALA HC

    vs.

MIKE E. KNOWLES, Warden,

    Respondent.           <u>ORDER</u>

_____/

      Petitioner James Lucius Oliver is a state prisoner proceeding with counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254. On February 27, 2008, this court dismissed that application. On March 6, 2008, petitioner filed a motion for reconsideration. The court requests respondent file a response to petitioner's motion for reconsideration prior to issuing a ruling.

      In accordance with the above, IT IS HEREBY ORDERED that respondent file a response to petitioner's March 6, 2008, motion for reconsideration within twenty-eight (28) days of the date of this order.

/////

DATED: March 11, 2008                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation